**Dismissed and Memorandum Opinion filed March 21, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-01144-CV

---

**315 VILLAGES OF KINGS LAKE, LTD., NEHC PROPERTIES, INC., ARETE REAL ESTATE AND DEVELOPMENT COMPANY, JOE FOGARTY AND MUDUGANTI J. REDDY, Appellant**

**V.**

**PROSPERITY BANK, Appellee**

---

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-57012**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a summary judgment signed August 31, 2012. Appellants filed a timely motion for new trial. Appellants' notice of appeal was due November 29, 2012. *See* Tex. R. App. P. 26.1(a). Appellants filed their notice of appeal on December 14, 2012, a date within 15 days of the due date for the notice of appeal. Appellants filed a motion for extension of time to file the notice

of appeal, explaining that the late filing was inadvertent. *See* Tex. R. App. P. 10.5, 26.3. The motion was not filed in this court, but it is included in the clerk's record filed January 15, 2013, and we will consider it. *See* Tex. R. App. P. 2. We grant appellants' motion for extension of time to file their notice of appeal.

Appellants' brief was due February 14, 2013. Appellants did not file a brief or a motion to extend the time to file the brief. *See* Tex. R. App. P. 38.6(a), (d). On February 21, 2013, this court issued an order stating that unless appellants filed a brief on or before March 4, 2013, the court would consider dismissing the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). Appellants filed no response.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Boyce and Donovan.